

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00090-CR

Jose Flores **FRANCO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2355
Honorable Pedro Gomez, Judge Presiding

## O R D E R

     Court reporters Corina E. Lozano and Cindy Wilde have filed a notification of late reporter's record, requesting additional time to file the reporter's record. We grant the request and ORDER Corina E. Lozano and Cindy Wilde to file the reporter's record on or before May 13, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court